BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIMICOE C. WHITFIELD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-01177-CKD<br><br>MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS |

    The Acting Commissioner of Social Security hereby moves for a stay of proceedings in the above-captioned case until Congress has restored appropriations.

    1.    At the end of the day on September 30, 2013, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Social Security Administration. The Department does not know when funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys and employees of the Social Security Administration are prohibited from working, even on a voluntary basis, except in

very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel therefore requests a stay of proceedings until Congress has restored appropriations to both the Department of Justice and the Social Security Administration.

4. If this motion for a stay is granted, the Government requests that, when Congress has appropriated funds for the Department of Justice and the Social Security Administration, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized the undersigned counsel to state that there is no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Acting Commissioner of Social Security hereby moves for a stay of proceedings in this case until Department of Justice and Social Security Administration attorneys are permitted to resume their usual civil litigation functions.

                                        Respectfully submitted,

Dated: October 1, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                             By:    /s/ Carolyn B. Chen
                                        CAROLYN B. CHEN
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:  The stay entered herein shall be lifted upon restoration of appropriations without further order of the court.

Dated:  October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE